Argued and submitted October 29, affirmed, remanded for attorney fees December 29, 1982, pursuant to ORAP 12.15 appeal was dismissed and decision vacated due to death of defendant February 25, reconsideration denied April 14, petition for review allowed June 7, 1983 (295 Or 161)
See 297 Or 399, 683 P2d 1004 (1984)

## STATE OF OREGON,
*Respondent,*
*v.*
## JOHN JOSEPH KAISER,
*Appellant.*

(No. 10-81-01518, CA A23616)

655 P2d 229

Ralph A. Bradley, Eugene, argued the cause for appellant. With him on the brief was Bradley & Gordon, Eugene.

Robert E. Barton, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, Salem, and Frank Papagni, Jr., Assistant District Attorney, Eugene.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction of arson in the first degree, assigning numerous errors. We have examined each of defendant's assignments and we find no error in any save and except the last. The state concedes that the trial court erred in not holding a hearing to determine the amount of court-ordered attorney fees. We agree. *See State v. Stock,* 56 Or App 857, 643 P2d 877 (1982).

Affirmed as to the conviction. Remanded for a hearing to determine the amount of attorney fees defendant is to be ordered to pay.